1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, CA 94102
      Telephone: 415.436.6857
7     Facsimile:  415.436.6748
      Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12
   UNITED STATES OF AMERICA,        )
13                                   )         No. 07-
                 Plaintiff,          )
14                                   )
             v.                      )   NOTICE OF FORFEITURE ACTION
15                                   )
                                     )
16 (1) $70,000 IN UNITED STATES      )
   CURRENCY; (2) REMINGTON MODEL    )
17 742 WOODMASTER .308 CALIBER       )
   RIFLE (SN 6925744); (3) WINCHESTER)
18 MODEL X-70 30/30 RIFLE (SN        )
   G1407073); (4) RUGER MODEL 10/22  )
19 0.22 CALIBER RIFLE (SN 234-54451);)
   (5) BROWNING GOLD HUNTER 12       )
20 GAUGE SHOTGUN (SN 113MM4921);     )
   (6) NORINCO MAK-90 SPORTSTER      )
21 MAK 90 7.62X39MM CALIBER RIFLE    )
   (SN 46098);                       )
22                                   )
                 Defendants.         )
23                                   )
                                     )
24

25     A civil complaint seeking forfeiture pursuant to Title 21 United States Code Sections

26 881(a)(6) and (11) was filed on June 26, 2007 in the United States District Court for the

27 Northern District of California by the United States of America, plaintiff, against the *in rem*

28 defendant currency and weapons.

1  In order to contest forfeiture of the *in rem* defendant currency and weapons, any person who asserts an interest in or right against the currency and weapons must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Patricia J. Kenney, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: June 26, 2007

PATRICIA J. KENNEY
Assistant United States Attorney

Notice of Forfeiture Action
C 07-                                        2