| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | W. DOUGLAS SPRAGUE (CSBN 202121)<br>Acting Chief, Criminal Division |
| 4 | PATRICIA J. KENNEY (CSBN 130238)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: 415.436.6857 |
| 7 | Facsimile: 415.436.6748<br>E-mail: patricia.kenney@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C 07-3359 WHA |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| (1) $70,000 IN UNITED STATES CURRENCY; (2) REMINGTON MODEL 742 WOODMASTER .308 CALIBER RIFLE (SN 6925744); (3) WINCHESTER MODEL X-70 30/30 RIFLE (SN G1407073); (4) RUGER MODEL 10/22 0.22 CALIBER RIFLE (SN 234-54451);  (5) BROWNING GOLD HUNTER 12 GAUGE SHOTGUN (SN 113MM4921);   (6) NORINCO MAK-90 SPORTSTER MAK 90 7.62X39MM CALIBER RIFLE (SN 46098); | ) | |
| Defendants. | ) | |

   The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of

   1.   Government Complaint for Forfeiture;

   2.   Notice of Forfeiture Action;

   3.   Warrant of Arrest of Property *In Rem;*

    4.   Initial Case Management Scheduling Order;

    5.   ADR Dispute Resolution Procedures in the Northern District of California; and

    6.   ECF Registration Information Handout

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Paul B. Meltzer, Esq
Law Offices of Paul B. Meltzer
511 Water Street
Santa Cruz, CA 95060
Attorney for Jimmy Labranch

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this ___2nd___ day of July, 2007, at San Francisco, California.

               /S/
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit

Certificate of Service
C 07-3359 WHA                        2