1  Peter A. Leeming, 119124
   108 Locust Street, Suite 7
2  Santa Cruz CA 95060

3  Telephone (831) 425-8000

4

   Attorneys for Claimant, JIMMY LABRANCH
5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES,                  ) Case No.: C 07 3359
                                   )
10         Plaintiff,               ) **CLAIM OF INTEREST IN SEIZED**
                                   ) **PROPERTY**
11     v.                          )
                                   )
12 $70,000 IN UNITED STATES        )
   CURRENCY, et al                 )
13                                 )
                                   )
14         Defendants              )
                                   )
15                                 )

16     TO: SCOTT N. SCHOOLS, United States Attorney, and to PATRICIA J.

17 KENNY, assistant United States Attorney:

18     Please take notice that claimant JIMMY LABRANCH hereby claims all right

19 and title in the above defendant property, as is more fully set forth below:

20     (1)   $70,000.00 in United States currency;

21     (2)   Remington model 742 Woodmaster .308 caliber rifle, SN 6925744;

22     (3)   Winchester model X-70 30/30 rifle, SN G1407073;

23     (4)   Ruger model 10/22 0.22 caliber rifle, SN 234-54451;

24     (5)   Browning Gold Hunter 12 gauge shotgun, SN 113MM4921,

25

All seized on or about February 10, 2007 from 3588 Pine Flat Road, Santa Cruz CA..

Respectfully submitted,

Dated: Aug. 2, 2007       By: _____
                              Peter A. Leeming

## VERIFICATION

I, Jimmy Labranch, state that I am the claimant in the above case and have read the above Claim of Interest in Seized Property. I am the lawful owner of the property described above. As such, I claim all right, title and interest in said property, as stated in the above claim.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 8·02, 2007 at Santa Cruz, California.

_____
Jimmy Labranch

Peter A. Leeming, 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorneys for Claimant, JIMMY LABRANCH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | ) Case No.: C 07 3359 |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| v. | ) |
| $70,000 IN UNITED STATES CURRENCY, et al | ) |
| Defendants | ) |

The undersigned hereby certifies that he served a copy of the CLAIM OF INTEREST to be served this date via certified mail and through the Northern District of California ECF system to the following parties:

Patricia J. Kenny
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Aug. 02, 2007 at Santa Cruz, CA.

_____
Peter A. Leeming

- 3 -