Peter A. Leeming, 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorneys for Claimant, JIMMY LABRANCH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff,<br><br>v.<br><br>$70,000 IN UNITED STATES CURRENCY, et al<br><br>   Defendants | Case No.: C 07 3359<br><br>**ANSWER TO COMPLAINT FOR FORFEITURE** |

Claimant JIMMY LABRANCH answers the Complaint for Forfeiture by the Unites States in the above titled case as follows:

1.  The allegations contained in Paragraph One of the Government Complaint for Forfeiture are admitted.

2.  The allegations contained in Paragraph Two of the Government Complaint for Forfeiture are admitted.

3.  The allegations contained in Paragraph Three of the Government Complaint for Forfeiture are admitted.

4.  Claimant has insufficient knowledge or information to form a belief as to the proper intradistrict venue, and on that basis the Government's

allegation of proper venue is denied.  Claimant also asserts his Constitutional privilege pursuant to the Fifth Amendment of the United States Constitution not to answer the allegations in Paragraph Four, and on that basis the allegations are denied.

    5-6.    The allegations in Paragraphs Five and Six are admitted.

    7.    Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph Seven of the Complaint and on that basis the allegations are denied.  Claimant also asserts his Constitutional privilege pursuant to the Fifth Amendment of the United States Constitution not to answer the allegations in Paragraph Seven, and on that basis the allegations are denied.

    8.    Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph Seven of the Complaint and on that basis the allegations are denied.  Claimant also asserts his Constitutional privilege pursuant to the Fifth Amendment of the United States Constitution not to answer the allegations in Paragraph Eight, and on that basis the allegations are denied.

    9-11.    Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations in Paragraphs Nine through Eleven of the Complaint and on that basis the allegations are denied.  Claimant also asserts his Constitutional privilege pursuant to the Fifth Amendment of the United States Constitution not to answer the allegations in Paragraphs Nine through Eleven, and on that basis the allegations are denied.  Claimant denies defendant $70,000 in United States Currency is subject to forfeiture.

12-14    Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations in Paragraphs Twelve through Fourteen of the Complaint and on that basis the allegations are denied. Claimant also asserts his Constitutional privilege pursuant to the Fifth Amendment of the United States Constitution not to answer the allegations in Paragraphs Twelve through Fourteen, and on that basis the allegations are denied. Claimant denies defendant firearms are subject to forfeiture.

In addition, Claimant raises the following numbered defenses to the Government's Forfeiture action:

## FIRST DEFENSE

The Complaint fails to state a claim against defendant property upon which relief can be granted.

## SECOND DEFENSE

The Plaintiff lacks probable cause for the initiation of this forfeiture suit..

## THIRD DEFENSE

The search of the property located at 3588 Pine Flat Road, Santa Cruz, California was in violation of the Fourth Amendment and/or the Fifth Amendment to the United States Constitution. All evidence seized and the fruits thereof must be suppressed.

## FOURTH DEFENSE

The complaint for forfeiture in this action fails to adequately describe the property subject to forfeiture.

## FIFTH DEFENSE

Forfeiture of the subject property is disproportionate to the conduct alleged in the complaint, in violation of the Eighth Amendment to the United

States Constitution and the Due Process clause of the Fifth Amendment to the United States Constitution.

## SIXTH DEFENSE

Forfeiture of the property would violate the prohibition against Double Jeopardy of the Fifth Amendment to the United States Constitution.

## SEVENTH DEFENSE

This action is time barred, in that the time for the government to initiate forfeiture proceedings has passed.

Please take notice that Claimant demands trial by jury of the issues and defenses raised by his claim and answer.

WHEREFORE, Claimant prays that this court will:

1. Dismiss Plaintiff's Complaint and enter judgment on behalf of Claimant JIMMY LABRANCH;

2. Award costs and attorneys fees to the Claimant;

3. Provide such other relief as the Court deems proper and just.

Dated: 8·10·07

Respectfully submitted,

Peter A. Leeming
Attorney for Claimant,
Jimmy Labranch

## VERIFICATION

I, JIIMMY LABRANCH, state that I am the claimant in the above case. I have read the attached Answer to Complaint for Forfeiture and familiar with its contents. I believe the allegations stated in this answer to be true.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 10, 2007 at Santa Cruz, California.

_____
JIMMY LABRANCH

1  Peter A. Leeming, 119124
   108 Locust Street, Suite 7
2  Santa Cruz CA 95060

3  Telephone (831) 425-8000

4

   Attorneys for Claimant, JIMMY LABRANCH
5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES,                ) Case No.: C 07 3359
                                 )
10         Plaintiff,             ) **CERTIFICATE OF SERVICE**
                                 )
11     v.                        )
                                 )
12 $70,000 IN UNITED STATES      )
   CURRENCY, et al               )
13                               )
                                 )
14         Defendants            )
                                 )
15 _____)

16     The undersigned hereby certifies that he served a copy of the ANSWER TO

17 COMPLAINT FOR FORFEITURE to be served this date through the Northern

18 District of California ECF system to the following parties:

19 Patricia J. Kenny
   Assistant United States Attorney
20 450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
21

22     I declare under penalty of perjury that the foregoing is true and correct.

23 Executed on August 10, 2007 at Santa Cruz, CA.

24
                                            _____
25                                                  Peter A. Leeming