SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRAIN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6857
   Facsimile: (415) 436-6748
   Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>    Plaintiff, ) <br>    v. ) <br> (1) $70,000 IN UNITED STATES CURRENCY; ) <br> (2) REMINGTON MODEL 742 ) <br> WOODMASTER .308 CALIBER RIFLE (SN ) <br> 6925744); (3) WINCHESTER MODEL X-70 ) <br> 30/30 RIFLE (SN G1407073); (4) RUGER ) <br> MODEL 10/22 0.22 CALIBER RIFLE (SN 234- ) <br> 54451); (5) BROWNING GOLD HUNTER 12 ) <br> GAUGE SHOTGUN (SN 113MM4921); (6) ) <br> NORINCO MAK-90 SPORTSTER MAK 90 ) <br> 7.62X39MM CALIBER RIFLE (SN 46098), ) <br>    Defendants. ) | No. C 07-3359 WHA <br><br> PROOF OF PUBLICATION |

   The United States hereby submits the attached Proof of Publication by the San Francisco Daily Journal and Santa Cruz Sentinel.

                                                Respectfully submitted,

                                                SCOTT N. SCHOOLS
                                                United States Attorney

Dated: September 13, 2007                    /s/ Patricia J. Kenney
                                                PATRICIA J. KENNEY
                                                Assistant United States Attorney

# SAN FRANCISCO DAILY JOURNAL
~ SINCE 1893 ~

44 MONTGOMERY ST STE 250, SAN FRANCISCO, CA 94104
Telephone (800) 640-4829 / Fax (510) 465-1657

This space for filing stamp only

2007 AUG 10 PM 1:47

ANDREA HOWARD
U.S. MARSHALS SERVICES/ASSETS &
450 GOLDEN GATE AVE BOX 36056
SAN FRANCISCO, CA - 94102

SF#: 1169795

**NOTICE OF FORFEITURE ACTION**
No: 07-3359 WHA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES OF AMERICA, Plaintiff,
v.
(1) $70,000 IN UNITED STATES CURRENCY; (2) REMINGTON MODEL 742 WOODMASTER; 308 CALIBER RIFLE (SN 6925744); (3) WINCHESTER MODEL X-70 30/30 RIFLE (SN G1407073); (4) RUGER MODEL 10/22 0.22 CALIBER RIFLE (SN 234-54451); (5) BROWNING GOLD HUNTER 12 GAUGE SHOTGUN (SN 113MM4921); (6) NORINCO MAK-90 SPORTSTER MAK 90 7.62X39MM CALIBER; RIFLE (SN 46098); Defendants.

## PROOF OF PUBLICATION

(2015 5 C.C.P.)

State of California ) ss
County of SAN FRANCISCO )

Notice Type: USM3 - U S MARSHAL NOTICE

Ad Description: 07-3359 WHA / NOTICE OF FORFEITURE ACTION, USA V. (1) $70,000 IN US CURRENCY

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the SAN FRANCISCO DAILY JOURNAL, a newspaper published in the English language in the city of SAN FRANCISCO, county of SAN FRANCISCO, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of SAN FRANCISCO, State of California, under date 06/28/1990, Case Nos. 670493 and 18,469. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

07/25/2007, 08/01/2007, 08/08/2007

A civil complaint seeking forfeiture pursuant to Title 21 United States Code Section 881(a)(6) and (11) was filed on June 26, 2007 in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the in rem defendant currency and weapons.
In order to contest forfeiture of the in rem defendant currency and weapons, any person who asserts an interest in or right against the currency and weapons must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule (G)(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.
An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.
Statement of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Patricia J. Kenney, Assistant United States Attorney, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.
Dated: June 26, 2007
Respectfully submitted.
SCOTT N. SCHOOLS
United States Attorney
PATRICIA J. KENNEY
Assistant United States Attorney

7/20, 7/27, 8/3/07

SF-1169795#

Executed on: 08/08/2007
At SAN FRANCISCO, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.


Signature

*A0000000165833*

SPACE FOR COUNTY CLERK'S FILING STAMP

# Proof of Publication
(2015.5 C.C.P.)

STATE OF CALIFORNIA]
                     SS
COUNTY OF SANTA CRUZ]

**Public Notice**

**I, THE UNDERSIGNED, DECLARE:**

That I am over the age of eighteen and not interested in the herein-referenced matter; that I am now, and at all times embraced in the publication herein mentioned was, a principal employee of the printer of the <u>Santa Cruz Sentinel</u>, a daily newspaper printed, published and circulated in the said county and adjudged a, newspaper of general circulation by the Superior Court of California in and for the County of Santa Cruz, under Proceeding No. 25794; that the advertisement (of which the annexed is a true printed copy) was published in the above-named newspaper on the following dates, to wit:

July 26 August 2, 9, 2007

**I DECLARE** under penalty of perjury that, the foregoing is true and correct to the best of my knowledge.

This **14**[TH] day of **AUGUST 2007**, at Santa Cruz, California.

LYNETTE GARCIA JAQUEZ

---

**NOTICE OF FORFEITURE ACTION**
**No: 07-3359 WHA**
**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**UNITED STATES OF AMERICA, Plaintiff,**
v.
(1) $70,000 IN UNITED STATES CURRENCY; (2) REMINGTON MODEL 742 WOODMASTER; 308 CALIBER RIFLE (SN 6925744); (3) WINCHESTER MODEL X-70 30/30 RIFLE (SN G1407073); (4) RUGER MODEL 10/22 0.22 CALIBER RIFLE (SN 234-54451); (5) BROWNING GOLD HUNTER 12 GAUGE SHOTGUN (SN 113MM4921); (6) NORINCO MAK-90 SPORTSTER MAK 90 7.62X39MM CALIBER; RIFLE (SN 46098); Defendants.
A civil complaint seeking forfeiture pursuant to Title 21 United States Code Section 881(a)(6) and (11) was filed on June 26, 2007 in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the in rem defendant currency and weapons.
In order to contest forfeiture of the in rem defendant currency and weapons, any person who asserts an interest in or right against the currency and weapons must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule (G)(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.
An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.
Statement of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Patricia J. Kenney, Assistant United States Attorney, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.
Dated: June 26, 2007
Respectfully submitted,
SCOTT N. SCHOOLS
United States Attorney
PATRICIA J. KENNEY
Assistant United States Attorney
7/26, 8/2, 8/9/07
CNS-1170678#
SANTA CRUZ SENTINEL                    1430062

