1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue
   San Francisco, CA 94102
   Telephone: 415.436.6857
7  Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov
8
9  Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
12                       SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,           )    NO. No. 07-3359 WHA
                                        )
15                  Plaintiff,          )
                                        )    STIPULATION AND ORDER
16        v.                            )    STAYING CASE
                                        )
17  (1) $70,000 IN UNITED STATES        )
    CURRENCY; (2) REMINGTON MODEL       )
18  742 WOODMASTER .308 CALIBER         )
    RIFLE (SN 6925744); (3) WINCHESTER  )
19  MODEL X-70 30/30 RIFLE (SN          )
    G1407073); (4) RUGER MODEL 10/22    )
20  0.22 CALIBER RIFLE (SN 234-54451); (5) )
    BROWNING GOLD HUNTER 12 GAUGE       )
21  SHOTGUN (SN 113MM4921) ; (6)        )
    NORINCO MAK-90 SPORTSTER MAK        )
22  90 7.62X39MM CALIBER RIFLE (SN      )
    46098);                             )
23                                      )
                    Defendants.         )
24  _____)

25

26        The parties agree, subject to the Court's approval, (1) that the instant civil forfeiture case

27  be stayed, pursuant to 18 U.S.C. § 981(g), pending resolution of a related criminal investigation

28  in which claimants are targets; (2) that the case management conference scheduled for October

1  18, 2007 at 11:00 a.m., will be taken off calendar until further order of the Court; and (3) that the
2  case be, and hereby is dismissed against defendant weapons (defendants two through six)
3  because those defendants have been administratively forfeited.

5  IT IS SO STIPULATED:

                                  SCOTT N. SCHOOLS
                                  United States Attorney

6  Dated: October 2, 2007

                                  PATRICIA J. KENNEY
                                  Assistant United States Attorney
                                  Attorney for the United States

9  Dated: October ___, 2007

                                  PETER A. LEEMING
                                  Attorney for Claimant Jimmy Dale Labranch

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____ OF OCTOBER, 2007.

                                  HONORABLE WILLIAM H. ALSUP
                                  United States District Judge

18, 2007 at 11:00 a.m., will be taken off calendar until further order of the Court; and (3) that the case be, and hereby is dismissed against defendant weapons (defendants two through six) because those defendants have been administratively forfeited.

IT IS SO STIPULATED:

Dated: October __, 2007

Dated: October 8, 2007

SCOTT N. SCHOOLS
United States Attorney

_____
PATRICIA J. KENNEY
Assistant United States Attorney
Attorney for the United States

_____
PETER A. LEEMING
Attorney for Claimant Jimmy Dale Labranch

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____ OF OCTOBER, 2007.

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge

Stipulation and Order Staying Case
No. 06-5759 JSW                                    2