1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, CA 94102
       Telephone: 415.436.6857
7      Facsimile:   415.436.6748
       Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                           SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,              )    No. 07-3359 WHA
   |                                        )
15 |                 Plaintiff,              )
   |                                        )
16 |            v.                           )    ORDER DISMISSING DEFENDANT
   |                                        )    FIREARMS (2) THROUGH (6)
17 | (1) $70,000 IN UNITED STATES           )
   | CURRENCY; (2) REMINGTON MODEL          )
18 | 742 WOODMASTER .308 CALIBER            )
   | RIFLE (SN 6925744); (3) WINCHESTER     )
19 | MODEL X-70 30/30 RIFLE (SN             )
   | G1407073); (4) RUGER MODEL 10/22       )
20 | 0.22 CALIBER RIFLE (SN 234-54451); (5) )
   | BROWNING GOLD HUNTER 12 GAUGE          )
21 | SHOTGUN (SN 113MM4921) ; (6)           )
   | NORINCO MAK-90 SPORTSTER MAK           )
22 | 90 7.62X39MM CALIBER RIFLE (SN         )
   | 46098);                                )
23 |                                        )
   |                 Defendants.            )
24 |_____)

25
26
27      UPON CONSIDERATION of the stipulation of the parties that the United States is

28 prepared to dismiss defendant firearms listed in the caption as defendants (2) through (6) because

those firearms were administratively forfeited, and the entire record, it is by the Court on this \_\_\_\_\_ day of October, 2007,

ORDERED that defendant firearms listed in the caption as defendants (2) through (6) – specifically, (2) Remington Model 742 Woodmaster .308 Caliber Rifle (SN 6925744); (3) Winchester Model X-70 30/30 Rifle (SN G1407073); (4) Ruger Model 10/22 0.22 Caliber Rifle (SN 234-54451); (5) Browning Gold Hunter 12 Gauge Shotgun (SN 113mm4921); and (6) Norinco Mak-90 Sportster Mak 90 7.62x39mm Caliber Rifle (SN 46098) – be and HEREBY ARE dismissed as defendants.

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge