SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:   415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>(1) $70,000 IN UNITED STATES CURRENCY; (2) REMINGTON MODEL 742 WOODMASTER .308 CALIBER RIFLE (SN 6925744); (3) WINCHESTER MODEL X-70 30/30 RIFLE (SN G1407073); (4) RUGER MODEL 10/22 0.22 CALIBER RIFLE (SN 234-54451); (5) BROWNING GOLD HUNTER 12 GAUGE SHOTGUN (SN 113MM4921) ; (6) NORINCO MAK-90 SPORTSTER MAK 90 7.62X39MM CALIBER RIFLE (SN 46098);<br><br>                Defendants. | No. 07-3359 WHA<br><br>ORDER DISMISSING DEFENDANT FIREARMS (2) THROUGH (6) |

      UPON CONSIDERATION of the stipulation of the parties that the United States is prepared to dismiss defendant firearms listed in the caption as defendants (2) through (6) because

1  those firearms were administratively forfeited, and the entire record, it is by the Court on this
2  __11th__ day of October, 2007,
3       ORDERED that defendant firearms listed in the caption as defendants (2) through (6) –
4  specifically, (2) Remington Model 742 Woodmaster .308 Caliber Rifle (SN 6925744); (3)
5  Winchester Model X-70 30/30 Rifle (SN G1407073); (4) Ruger Model 10/22 0.22 Caliber Rifle
6  (SN 234-54451); (5) Browning Gold Hunter 12 Gauge Shotgun (SN 113mm4921); and (6)
7  Norinco Mak-90 Sportster Mak 90 7.62x39mm Caliber Rifle (SN 46098) – be and HEREBY
8  ARE dismissed as defendants.

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge

Order Dismissing Defendant Firearms
No. 07-3359 WHA                  2