IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>(1) $70,000 UNITED STATES CURRENCY; (2) REMINGTON MODEL 742 WOODMASTER .308 CALIBER RIFLE (SN 6925744); (3) WINCHESTER MODEL X-70 30/30 RIFLE (SN G1407073); (4) RUGER MODEL 10/22 0.22 CALIBER RIFLE (SN 234-54451); (5) BROWNING GOLD HUNTER 12 GAUGE SHOTGUN (SN 113MM4921); (6) NORINCO MAK-90 SPORTSTER MAK 90 7.62X39MM CALIBER RIFLE (SN 46098);<br><br>  Defendants.<br>                                                                 / | No. C 07-03359 WHA<br><br>**ORDER DENYING STIPULATION TO STAY CASE AND CONTINUE CASE MANAGEMENT CONFERENCE** |

Good cause not shown, parties' stipulation to stay this action pending resolution of a related criminal investigation and to continue the case management conference is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 11, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE