IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

$70,000 U.S. CURRENCY, et al.,

        Defendant.
                                        /

No. C 07-03359 WHA

**CLERK'S NOTICE RESCHEDULING HEARING**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the Case Management Conference previously set for October 18, 2007 at 11:00 a.m. has been rescheduled for **October 17, 2007 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: October 12, 2007                        FOR THE COURT,

                                                Richard W. Wieking, Clerk

                                                By: _____
                                                    Dawn Toland
                                                    Courtroom Deputy to the
                                                    Honorable William Alsup