SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:  415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>$70,000 IN UNITED STATES CURRENCY,<br>                Defendant.<br>_____<br><br>JIMMY DALE LABRANCH,<br><br>                Claimant.<br>_____ | No. 07-3359 WHA<br><br>STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |

1        The parties agree, subject to the Court's approval, that the case management conference

2    recently scheduled for Wednesday, October 17, 2007 at 2:00 p.m. be rescheduled to November 8,

3    2007 at 11:00 a.m.  The reason for the rescheduling is that the undersigned AUSA is scheduled

4    for a medical procedure on October 17 at 1:00 p.m. and is unavailable.  Counsel for claimant

5    graciously agreed to the rescheduling.

6

7    IT IS SO STIPULATED:                    SCOTT N. SCHOOLS
                                             United States Attorney
8
     Dated: October 15, 2007                 _____/s/_____
9                                            PATRICIA J. KENNEY
                                             Assistant United States Attorney
10                                           Attorney for the United States

11   Dated: October 15, 2007                 _____/s/_____
                                             PETER A. LEEMING
12                                           Attorney for Claimant Jimmy Dale Labranch

13

     PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____
14
     OF OCTOBER, 2007.
15

16                                           _____
                                             HONORABLE WILLIAM H. ALSUP
17                                           United States District Judge

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Rescheduling CMC
No. 07-3359 WHA                2