1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney

2

3   BRIAN J. STRETCH (CSBN 163973)
    Chief, Criminal Division

4   PATRICIA J. KENNEY (CSBN 130238)
    Assistant United States Attorney

5
        450 Golden Gate Avenue
6       San Francisco, CA 94102
        Telephone: 415.436.6857
7       Facsimile:   415.436.6748
        Email: patricia.kenney@usdoj.gov

8
    Attorneys for United States of America
9

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                     SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,          )         No. 07-3359 WHA
                                       )
15                    Plaintiff,       )
                                       )         STIPULATION AND ORDER
16          v.                         )         RESCHEDULING CASE
                                       )         MANAGEMENT CONFERENCE
17  $70,000 IN UNITED STATES           )
    CURRENCY,                          )
18                    Defendant.       )
                                       )
19                                     )
    JIMMY DALE LABRANCH,               )
20                                     )
                      Claimant.        )
21                                     )

22

23

24

25

26

27

28

1    The parties agree, subject to the Court's approval, that the case management conference

2  recently scheduled for Wednesday, October 17, 2007 at 2:00 p.m. be rescheduled to November 8,

3  2007 at 11:00 a.m.  The reason for the rescheduling is that the undersigned AUSA is scheduled

4  for a medical procedure on October 17 at 1:00 p.m. and is unavailable.  Counsel for claimant

5  graciously agreed to the rescheduling.

6

7  IT IS SO STIPULATED:                    SCOTT N. SCHOOLS
                                           United States Attorney
8
   Dated: October 15, 2007                        /s/
9                                          PATRICIA J. KENNEY
                                           Assistant United States Attorney
10                                         Attorney for the United States

11 Dated: October 15, 2007                        /s/
                                           PETER A. LEEMING
12                                         Attorney for Claimant Jimmy Dale Labranch

13
   PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS   16th
14
   OF OCTOBER, 2007.  There will be no further continuances.

15

16                                         HONORABLE WILLIAM ALSUP
                                           United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Resceduling CMC
No. 07-3359 WHA                          2