SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:   415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $70,000 IN UNITED STATES CURRENCY, <br><br> Defendant. | No. 07-3359 WHA <br><br> APPLICATION OF THE UNITED STATES TO **FILE UNDER SEAL** THE DETAILED DECLARATION OF SPECIAL AGENT CARLOS G. ALFARO IN SUPPORT OF THE PARTIES' STIPULATED STAY PURSUANT TO 18 U.S.C. § 981(g) |

The parties previously stipulated to a stay of the instant case, albeit the Court declined to order the stay. Because the agent working with the undersigned Assistant United States Attorney was unavailable at the time the parties stipulated to the stay, the United States was unable to submit public and sealed declarations explaining the need for a stay at that time. 18 U.S.C. § 981(g)(1) and (5). The purpose of this application is to request that the Court authorize, pursuant to 18 U.S.C. § 981(g)(5), the filing of the Detailed Declaration of Special Agent

///

1  Carolos G. Alfaro *ex parte* and under seal. The under seal filing is supported by the Public
2  Declaration of Special Agent Carlos G. Alfaro in Support of the Parties' Stipulated Stay Pursuant
3  to 18 U.S.C. § 981(g)(1).

                              SCOTT N. SCHOOLS
                              United States Attorney

Dated: November 5, 2007          /S/
                              PATRICIA J. KENNEY
                              Assistant United States Attorney
                              Attorney for the United States