1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4
   PATRICIA J. KENNEY (CSBN 130238)
5  Assistant United States Attorney

6  450 Golden Gate Avenue
   San Francisco, CA 94102
7  Telephone: 415.436.6857
   Facsimile:   415.436.6748
8  Email: patricia.kenney@usdoj.gov

9  Attorneys for United States of America

10
11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                              SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,              )    No. 07-3359 WHA
                                           )
15                         Plaintiff,      )
                                           )    ORDER SEALING THE DETAILED
16         v.                              )    DECLARATION OF SPECIAL AGENT
                                           )    CARLOS G. ALFARO IN SUPPORT
17  $70,000 IN UNITED STATES               )    OF THE PARTIES' STIPULATED STAY
    CURRENCY,                              )    PURSUANT TO 18 U.S.C. § 981(g)
18                                         )
                           Defendant.      )
19  _____)

20

21

22         The United States of America has applied to this Court for an Order sealing the Detailed

23  Declaration of Special Agent Carlos G. Alfaro in Support of the Parties' Stipulated Stay Pursuant

24  to 18 U.S.C. § 981(g).

25         UPON CONSIDERATION of that application and the entire record, and for good cause

26  shown, it is by the Court on this ____ day of November, 2007

27         ORDERED that the Detailed Declaration of Special Agent Carlos G. Alfaro in Support of

28  the Stipulation to Stay the Instant Case Pursuant to 18 U.S.C. § 981(g), and any future

1  declarations in support of a further stay, shall be filed under seal of this Court pursuant to
2  18 U.S.C. § 981(g)(5), and shall not be disclosed to any person until further order of the Court.
3
4
   _____
   HONORABLE WILLIAM S. ALSUP
5  United States District Judge

Order Sealing S/A Alfaro Decl.
No. 07-3359 WHA                    2