SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:   415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>$70,000 IN UNITED STATES CURRENCY,<br><br>                Defendant. | No. 07-3359 WHA<br><br>PUBLIC DECLARATION OF SPECIAL AGENT CARLOS G. ALFARO IN SUPPORT OF THE PARTIES' STIPULATED STAY PURSUANT TO 18 U.S.C. § 981(g) |

    I, Carlos G. Alfaro, declare:

1.     I am a Special Agent employed by the Drug Enforcement Administration. I am involved in a criminal investigation which is more fully described in a detailed declaration which I understand is being submitted to the Court, with a request that it be sealed, by Assistant United States Attorney Patricia J. Kenney. Because I believe that the disclosure of the detailed information in that declaration would adversely affect the ongoing criminal investigation, I request that the declaration be submitted under seal *in camera, ex parte* pursuant to 18 U.S.C. § 981(g)(5).

2. The purpose of the *in camera, ex parte* declaration is to explain to the Court why the instant civil forfeiture action should be stayed under 18 U.S.C. § 983(g)(1). I make this declaration, as well as the one being submitted *in camera, ex parte* and under seal, based on my personal knowledge and on information which has come to me in the regular course of business through the investigation.

\* \* \* \* \*

I, Carolos G. Alfaro, declare under penalty of perjury that the foregoing is true and correct. Executed in  San Francisco , California, on this  5th  day of November, 2007.

          /S/
CARLOS G. ALFARO
Special Agent
United States Department of Justice
Drug Enforcement Administration