1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, CA 94102
      Telephone: 415.436.6857
7     Facsimile:  415.436.6748
      Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10
                   UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,              )   NO. No. 07-3359 WHA
                                            )
15 |              Plaintiff,                 )
                                            )   STIPULATION AND ORDER
16 |      v.                                 )   STAYING CASE
                                            )
17 | (1) $70,000 IN UNITED STATES            )
     CURRENCY; (2) REMINGTON MODEL          )
18 | 742 WOODMASTER .308 CALIBER             )
     RIFLE (SN 6925744); (3) WINCHESTER     )
19 | MODEL X-70 30/30 RIFLE (SN              )
     G1407073); (4) RUGER MODEL 10/22       )
20 | 0.22 CALIBER RIFLE (SN 234-54451); (5) )
     BROWNING GOLD HUNTER 12 GAUGE )
21 | SHOTGUN (SN 113MM4921) ; (6)            )
     NORINCO MAK-90 SPORTSTER MAK           )
22 | 90 7.62X39MM CALIBER RIFLE (SN          )
     46098);                                )
23                                           )
                    Defendants.              )
24 |_____)

25

26      The parties agree, subject to the Court's approval, (1) that the instant civil forfeiture case

27 be stayed, pursuant to 18 U.S.C. § 981(g), pending resolution of a related criminal investigation

28 in which claimants are targets; (2) that the case management conference scheduled for October

November 8, 2007

1 ~~18, 2007 at 11:00 a.m.~~, will be taken off calendar until further order of the Court; and (3) that the
2 case be, and hereby is dismissed against defendant weapons (defendants two through six)
3 because those defendants have been administratively forfeited.
4
5 IT IS SO STIPULATED:          SCOTT N. SCHOOLS
                                United States Attorney
6
   Dated: October 2, 2007       /s/ Patricia J. Kenney
7                                PATRICIA J. KENNEY
                                 Assistant United States Attorney
8                                Attorney for the United States

9  Dated: October ___, 2007     _____
10                               PETER A. LEEMING
                                 Attorney for Claimant Jimmy Dale Labranch
11
   PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS ____
12
   ~~OF OCTOBER, 2007~~.
13
14     November 8, 2007         _____
                                 HONORABLE WILLIAM H. ALSUP
15                               United States District Judge
                                 [Seal: Judge William Alsup, United States District Court, Northern District of California]
16
17
18
19
20   The case management conference is set for January 24, 2008 at 11:00 AM. A
     joint case management statement shall be filed by January 17, 2008.
21
22
23
24
25
26
27
28

Stipulation and Order Staying Case
No. 06-5759 JSW                          2

1  18, 2007 at 11:00 a.m., will be taken off calendar until further order of the Court; and (3) that the
2  case be, and hereby is dismissed against defendant weapons (defendants two through six)
3  because those defendants have been administratively forfeited.

5  IT IS SO STIPULATED:                         SCOTT N. SCHOOLS
                                                United States Attorney

6  Dated: October ___, 2007
7                                               _____
                                                PATRICIA J. KENNEY
8                                               Assistant United States Attorney
                                                Attorney for the United States
9  Dated: October 8, 2007
                                                _____
                                                PETER A. LEEMING
10                                              Attorney for Claimant Jimmy Dale Labranch

11 PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____
12 OF OCTOBER, 2007.

14                                              _____
                                                HONORABLE WILLIAM H. ALSUP
                                                United States District Judge

Stipulation and Order Staying Case
No. 06-5759 JSW                    2