JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:   415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>                     Plaintiff, ) <br> ) <br>        v. ) <br> ) <br> $70,000 IN UNITED STATES ) <br> CURRENCY, ) <br>                     Defendant. ) <br> ) <br> JIMMY DALE LABRANCH, ) <br> ) <br>                     Claimant. ) | No. 07-3359 WHA <br><br> STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE CURRENTLY SCHEDULED FOR JANUARY 24, 2008 TO MARCH 13, 2008 |

1  The parties agree, subject to the Court's approval, that the case management conference scheduled for Thursday, January 24, 2008 at 11:00 a.m., be rescheduled on Thursday, March 13, 2008 at 11:00 a.m.  The instant case is currently stayed.  *See* Stipulation and Order Staying Case, entered on November 8, 2007.

There are a couple of reasons which warrant the requested rescheduling.  The undersigned AUSA was on medical leave following open heart surgery on November 19, 2007 and returned to work part time on Tuesday, January 22, 2008, when she learned that the AUSAs following her cases overlooked scheduling the CMC in this case and the joint case management statement.  In addition, when the undersigned AUSA called counsel for claimant, she learned that he has another court matter scheduled for the same date, January 24, which conflicts with the case management conference.  Because of her absence from the office, the undersigned AUSA is asking for the rescheduling as well so that she will have time to speak with the Special Agent who is handling the ongoing, criminal investigation to determine the status of that investigation since the Special Agent filed a declaration under seal to support the parties' agreement to stay the instant case.

IT IS SO STIPULATED:               JOSEPH P. RUSSONIELLO
                                    United States Attorney

Dated: January 23, 2008                      /s/
                                    PATRICIA J. KENNEY
                                    Assistant United States Attorney
                                    Attorney for the United States

Dated: January 23, 2008                      /s/
                                    PETER A. LEEMING
                                    Attorney for Claimant Jimmy Dale Labranch


PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____ OF JANUARY, 2008.

                                    _____
                                    HONORABLE WILLIAM H. ALSUP
                                    United States District Judge