JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:   415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>   v.<br>$70,000 IN UNITED STATES CURRENCY,<br>                    Defendant.<br>JIMMY DALE LABRANCH,<br>                    Claimant. | No. 07-3359 WHA<br><br>STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE CURRENTLY SCHEDULED FOR JANUARY 24, 2008 TO MARCH 13, 2008 |

1    The parties agree, subject to the Court's approval, that the case management conference
2    scheduled for Thursday, January 24, 2008 at 11:00 a.m., be rescheduled on Thursday, March 13,
3    2008 at 11:00 a.m.  The instant case is currently stayed.  *See* Stipulation and Order Staying Case,
4    entered on November 8, 2007.

5    There are a couple of reasons which warrant the requested rescheduling.  The
6    undersigned AUSA was on medical leave following open heart surgery on November 19, 2007
7    and returned to work part time on Tuesday, January 22, 2008, when she learned that the AUSAs
8    following her cases overlooked scheduling the CMC in this case and the joint case management
9    statement.  In addition, when the undersigned AUSA called counsel for claimant, she learned that
10   he has another court matter scheduled for the same date, January 24, which conflicts with the
11   case management conference.  Because of her absence from the office, the undersigned AUSA is
12   asking for the rescheduling as well so that she will have time to speak with the Special Agent
13   who is handling the ongoing, criminal investigation to determine the status of that investigation
14   since the Special Agent filed a declaration under seal to support the parties' agreement to stay the
15   instant case.

16   IT IS SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                                   United States Attorney

Dated: January 23, 2008                            /s/
                                                   PATRICIA J. KENNEY
                                                   Assistant United States Attorney
                                                   Attorney for the United States

Dated: January 23, 2008                            /s/
                                                   PETER A. LEEMING
                                                   Attorney for Claimant Jimmy Dale Labranch

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS  23rd
OF JANUARY, 2008.  Please file a case management statement by March 6, 2008.

                                                   HONORABLE WILLIAM H. ALSUP
                                                   United States District Judge



Stipulation and Order Rescheduling CMC
No. 07-3359 WHA                                    2