JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile:   415.436.6748
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $70,000 IN UNITED STATES CURRENCY, <br><br> Defendant. | No. 07-3359 WHA <br><br> JOINT CASE MANAGEMENT STATEMENT <br><br> Date:  March 13, 2008 <br> Time:  11:00 a.m. <br> Place:  Courtroom 9, 19th Floor <br> Federal Building <br> 450 Golden Gate Avenue <br> San Francisco, CA |

Pursuant to the stipulation and order entered January 23, 2008, the parties submit this case management statement:

**1.    The basis for this Court's subject-matter jurisdiction and whether any issue exists regarding personal jurisdiction or venue.**

This is a civil forfeiture action. The Court has subject matter jurisdiction under 28 U.S.C. §§ 1345 and 1355(a), and 21 U.S.C. § 881(a)(6).

**2.    A brief description of the case and defenses and description of any related proceeding, including any administrative proceedings.**

This is a forfeiture action against defendant $70,000 in United States Currency seized along with almost one pound of marijuana and a number of firearms during the execution of a

search warrant on or about February 10, 2007. 21 U.S.C. § 881(a)(6). In August of 2007, claimant Jimmy Labranch filed a claim and then an answer. Claimant Labranch asserted that defendant $70,000 is not (1) money furnished or intended to be furnished by in exchange for an illegal controlled substance; (2) proceeds traceable to such an exchange; or (3) money used or intended to be used to facilitate any violation of the Controlled Substances Act.

In October of 2007, the United States informed claimant there is an ongoing criminal investigation involving him. Counsel for claimant and the United States stipulated to stay this case pursuant to 18 U.S.C. § 981(g). In November of 2007, the United States filed two declarations from Special Agent Carlos Alfaro explaining the basis for the stay, one was a public declaration and the second was a more detailed declaration filed under the seal of the Court. The Court stayed the case by order entered November 7, 2007. The investigation involving claimant continues to be ongoing. Thus, the stay remains appropriate.

IT IS SO STIPULATED:                    JOSEPH P. RUSSONIELLO
                                        United States Attorney

Dated: March 11, 2008                              /s/
                                        PATRICIA J. KENNEY
                                        Assistant United States Attorney
                                        Attorney for the United States

Dated: March 11, 2008                              /s/[1]
                                        PETER A. LEEMING
                                        Attorney for Claimant
                                        Jimmy Dale Labranch

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____ OF MARCH, 2008.

                                        _____
                                        HONORABLE WILLIAM H. ALSUP
                                        United States District Judge

---

[1] The JCMS was read to Mr. Leeming over the phone and Mr. Leeming authorized placing the "/s/" in lieu of his signature.

JCMS
No. 07-3359 WHA                    2