UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: March 13, 2008

Case No.  C 07-3359WHA

Title:   USA v. $70,000 in US Currency

Plaintiff Attorneys:  Susan Gray

Defense Attorneys:   Peter Leeming

Deputy Clerk: Frank Justiliano

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)    Initial Case Management Conference - Held.

2)

Continued to **9/18/08 at 11:00 a.m.**   for Further Case Management Conference

Continued to     for Pretrial Conference

Continued to     for Trial

**ORDERED AFTER HEARING:**   The stay remains in effect.