JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:   415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-3359 WHA |
|                 Plaintiff, | |
|     v. | STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE CURRENTLY SCHEDULED FOR SEPTEMBER 18, 2008 TO OCTOBER 16, 2008 |
| $70,000 IN UNITED STATES CURRENCY, | |
|                 Defendant. | |
| JIMMY DALE LABRANCH, | |
|                 Claimant. | |

1  The parties agree, subject to the Court's approval, that the case management conference
2  scheduled for Thursday, September 18, 2008 at 11:00 a.m., be rescheduled on Thursday, October
3  16, 2008 at 11:00 a.m.  The instant case is currently stayed.  *See* Stipulation and Order Staying
4  Case, entered on November 8, 2007.
5  The undersigned AUSA requested that counsel for claimant, Peter A. Leeming, agree to
6  reschedule the case management conference because she is having knee surgery on September 2,
7  2008, and is uncertain as to when exactly she will be returning to the office.  Counsel agreed.
8  Accordingly, the United States and claimant request that the case management conference be
9  rescheduled to October 16, 2008 at 11:00 a.m.

11  IT IS SO STIPULATED:                JOSEPH P. RUSSONIELLO
                                        United States Attorney

13  Dated: September 1, 2008                    /s/
                                        PATRICIA J. KENNEY
                                        Assistant United States Attorney
14                                      Attorney for the United States

15  Dated: September 2, 2008                    /s/
                                        PETER A. LEEMING
16                                      Attorney for Claimant Jimmy Dale Labranch

18  PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____
    OF SEPTEMBER, 2008.

20                                      _____
                                        HONORABLE WILLIAM H. ALSUP
                                        United States District Judge

Stipulation and Order Resceduling CMC
No. 07-3359 WHA                         2