1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney

   450 Golden Gate Avenue
6  San Francisco, CA 94102
   Telephone: 415.436.6857
7  Facsimile:   415.436.6748
   Email: patricia.kenney@usdoj.gov

   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07-3359 WHA |
| )                Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v.                                    ) | RESCHEDULING CASE MANAGEMENT |
| ) | CONFERENCE CURRENTLY |
| $70,000 IN UNITED STATES   ) | SCHEDULED FOR SEPTEMBER 18, 2008 |
| CURRENCY,                        ) | TO OCTOBER 16, 2008 |
|                Defendant.      ) | |
| ) | |
| JIMMY DALE LABRANCH, ) | |
| ) | |
|                Claimant.        ) | |

The parties agree, subject to the Court's approval, that the case management conference scheduled for Thursday, September 18, 2008 at 11:00 a.m., be rescheduled on Thursday, October 16, 2008 at 11:00 a.m. The instant case is currently stayed. *See* Stipulation and Order Staying Case, entered on November 8, 2007.

The undersigned AUSA requested that counsel for claimant, Peter A. Leeming, agree to reschedule the case management conference because she is having knee surgery on September 2, 2008, and is uncertain as to when exactly she will be returning to the office. Counsel agreed. Accordingly, the United States and claimant request that the case management conference be rescheduled to October 16, 2008 at 11:00 a.m.

IT IS SO STIPULATED:                JOSEPH P. RUSSONIELLO
                                    United States Attorney

Dated: September 1, 2008                  /s/
                                    PATRICIA J. KENNEY
                                    Assistant United States Attorney
                                    Attorney for the United States

Dated: September 2, 2008                  /s/
                                    PETER A. LEEMING
                                    Attorney for Claimant Jimmy Dale Labranch

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS  10th  day OF SEPTEMBER, 2008.



HONORABLE WILLIAM N. ALSUP
United States District Judge

Stipulation and Order Resceduling CMC
No. 07-3359 WHA                                    2