IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

(1) $70,000 IN UNITED STATES CURRENCY, (2) REMINGTON MODEL 742 WOODMASTER .308 CALIBER RIFLE (SN 6925744), (3) WINCHESTER MODEL X-70 30/30 RIFLE (SN G1407073), (4) RUGER MODEL 10/22 0.22 CALIBER RIFLE (SN 234-54451),  (5) BROWNING GOLD HUNTER 12 GAUGE SHOTGUN (SN 113MM4921), (6) NORINCO MAK-90 SPORTSTER MAK 90 7.62X39MM CALIBER RIFLE (SN 46098),

    Defendants.
                                               /

No. C 07-03359 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

      The Court **DENIES** the parties' stipulation to continue the case management conference for another six months. Counsel need to come in for a case management conference on October 16, 2008, at 11:00 a.m., to move this case along or to explain why it needs to be delayed for an additional six months.

      **IT IS SO ORDERED.**

Dated: October 14, 2008.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE