1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CSBN 163973)
    Chief, Criminal Division

4   PATRICIA J. KENNEY (CSBN 130238)
    Assistant United States Attorney

5
        450 Golden Gate Avenue
6       San Francisco, CA 94102
        Telephone: 415.436.6857
7       Facsimile:  415.436.6748
        Email: patricia.kenney@usdoj.gov

8
    Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )        No. 07-3359 WHA
                                       )
15                      Plaintiff,     )
                                       )
16          v.                         )        ORDER TO CONTINUE THE
                                       )        STAY OF THE INSTANT CASE
17  (1) $70,000 IN UNITED STATES       )
    CURRENCY,                          )
18                      Defendant.     )
                                       )
19  ───────────────────────────────   )
                                       )
20  JIMMY LABRANCH,                    )
                                       )
21                      Claimant.      )
    ───────────────────────────────   )

22

23

24

25

26

27

28

1    UPON CONSIDERATION of the parties' November 8, 2008 stipulation to stay the case,

2   the second detailed under seal declaration of Special Agent Carlos G. Alfaro and the entire

3   record, it is on this ___28___ day of October 2008,

4    ORDERED that the stay previously ordered by the Court on November 8, 2008 remain in

5   effect pursuant to 18 U.S.C. § 981(g); and it is

6    FURTHER ORDERED that a case management conference is scheduled for April 16,

7   2008 at 11:00 a.m.

8

9

10   HONORABLE WILLIAM H. ALSUP
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Continuing Stay of Case
No. 07-3359 WHA                    2