IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

$70,000 IN UNITED STATES CURRENCY,

    Defendant.
       /

JIMMY DALE LABRANCH,

    Claimant.
       /

No. C 07-03359 WHA

**ORDER DENYING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

      This case is almost two years old and it is going nowhere. At the request of AUSA Kenney, the case management conference had been cancelled and postponed repeatedly but the time has come to get this case on track. Therefore, the case management conference, currently set for **APRIL 16, 2009, AT 11:00 A.M.**, will go forward as scheduled.

      **IT IS SO ORDERED.**

Dated: March 31, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE