JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile:  415.436.6748
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $70,000 IN UNITED STATES CURRENCY, <br><br> Defendant. | No. 07-3359 WHA <br><br> SETTLEMENT AGREEMENT |
| JIMMY DALE LABRANCH, <br><br> Claimant. | |

The parties stipulate and agree as follows:

1. Plaintiff is the United States of America ("United States"). Defendant is $70,000 in United States Currency ("Defendant $70,000"). After proper notification and publication was given, the only person who filed a timely Claim and in this action is claimant Jimmy Dale Labranch. As a result, only claimant Labranch has a right to defend Defendant $70,000. The United States and

claimant Labranch are hereafter referred to as the "parties" in this document which is hereinafter referred to as the "Settlement Agreement" or "Agreement."

2. After full and open discussion, the parties agree to resolve any and all claims against Defendant $70,000, as well as against any and all past and present officials, employees and agents of the United States, including those at the United States Department of Justice, arising out of the seizure of Defendant $70,000 and the facts alleged in the Complaint for Forfeiture filed in this lawsuit on or about June 26, 2007.

3. The parties agree that the resolution of the lawsuit is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the parties. The parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement. This Agreement shall not be modified or supplemented except in writing signed by the parties. The parties have entered into this Agreement in lieu of continued protracted litigation and District Court adjudication.

4. The parties agree that claimant Labranch releases and discharges the United States, as well as any past and present officials, employees, agents, attorneys, their successors and assigns, from any and all obligations, damages, liabilities and demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising out of the seizure of Defendant $70,000 and the allegations in plaintiff's Complaint for Forfeiture, filed on June 26, 2007.

5. Claimant Labranch does not contest that the United States has sufficient evidence to support the forfeiture of Defendant $70,000. In order to resolve this case without the expense of further litigation, however, the parties have agreed that $65,000 of defendant shall be forfeited to the United States upon entry of a separate Judgment of Forfeiture and that $5,000 of defendant shall be returned to claimant Labranch, by check made payable to claimant Jimmy Dale Labranch and his attorney, Peter A. Leeming, and delivered to his attorney, Peter A. Leeming, 108 Locust Street, Suite 7, Santa Cruz, CA 95060. Such payment shall be in full settlement and

///

Settlement Agreement
No. 07-3359 WHA                           2

satisfaction of any and all claims by claimant Labranch, his heirs, representatives and assignees to Defendant $70,000.

6. Claimant Labranch shall hold harmless the United States, including its agents, officers, representatives and employees, as well as any and all state and local law enforcement officials, for any and all acts directly or indirectly related to the seizure of Defendant $70,000, the facts alleged in the Complaint for Forfeiture and the forfeiture of $65,000 of Defendant $70,000.

7. The United States and Claimant agree that each party shall pay its own attorneys' fees and costs.

8. Based on the foregoing, the parties agree that the Court shall dismiss this action.

IT IS SO STIPULATED:

JOSEPH P. RUSSONEILLO
United States Attorney

Dated: July 2, 2009

_____
PATRICIA J. KENNEY
Assistant United States Attorney

Dated: July ___, 2009

_____
PETER A. LEEMING
Attorney for Claimant
Jimmy Dale Labranch

Dated: July ___, 2009

_____
JIMMY DALE LABRANCH
Claimant

BASED ON THE FOREGOING STIPULATION AND THE SEPARATE FINAL JUDGMENT OF FORFEITURE TO BE ENTERED, IT IS SO ORDERED ON THIS ____ DAY OF _____, 2009.

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge

Settlement Agreement
No. 07-3359 WHA                                           3

satisfaction of any and all claims by claimant Labranch, his heirs, representatives and assignees to Defendant $70,000.

6. Claimant Labranch shall hold harmless the United States, including its agents, officers, representatives and employees, as well as any and all state and local law enforcement officials, for any and all acts directly or indirectly related to the seizure of Defendant $70,000, the facts alleged in the Complaint for Forfeiture and the forfeiture of $65,000 of Defendant $70,000sct.

7. The United States and Claimant agree that each party shall pay its own attorneys' fees and costs.

8. Based on the foregoing, the parties agree that the Court shall dismiss this action.

IT IS SO STIPULATED:

JOSEPH P. RUSSONEILLO
United States Attorney

Dated: July ___, 2009

PATRICIA J. KENNEY
Assistant United States Attorney

Dated: July 8, 2009

PETER A. LEEMING
Attorney for Claimant
Jimmy Dale Labranch

Dated: July 7, 2009

JIMMY DALE LABRANCH
Claimant

BASED ON THE FOREGOING STIPULATION AND THE SEPARATE FINAL JUDGMENT OF FORFEITURE TO BE ENTERED, IT IS SO ORDERED ON THIS 9th DAY OF July, 2009.

HONORABLE
United States

IT IS SO ORDERED
Judge William Alsup

Settlement Agreement
No. 07-3359 WHA         3